US Magistrate Judge Renee H Toliver

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 17 2024
CLERK, U.S. DISTRICT COURT
By _____
Deputy

12/09/24                    Zaccarias Moussaoui
                            n° 51427-054

3-24 CV 3179-L

Subect: 9/11 Obstruction of Justice
        by AG Garland.

This Honorable Court should know.
that since 2022 I, Zaccarias Moussaoui
convicted of 9/11 Conspiracy have
Totally Renounce, denounce and pledge
to testify against all 9/11 Co Conspirators,
Al Qada, Bin Laden.

the D.O.J have already free
9/11 Hijacker Hussein Al Attas, arrested
with me in August 2001 in S+ Paul
Minnossetta, then the D.O.J allow
the release of so 9/11 Top Al Qaeda
Co Conspirator and British Intelligence asset Saaad Al Madani

Now the AG + D.O.J are protecting
9/11 Top Al Qaeda Co Conspirator
Babar Ahmed soon to be free
of US prison.

I petition your court to order the
A G & D.O.J To allow me to have
attorney-client privilege communi
cation with an attorney of my
choice such as,
    Raymond Hamlin, 60 Park Place.
16 FL Military Park Building
Newark, NJ 07102.

As A G Garland is obeesing
the Special Administrative
Measure (SAM) to obstruct
Justice.

    9/11 Victim and America
have a Constitutional Right to
know the about the 9/11
Conspiracy facilitated by
the FBI/CIA and cover by
the D.O.J and Merrick Garland.

So Help me God.

Name MOUSSAOUI
Reg. No. 51727-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

US Magistrate Judge Renee H. Toliver
US District court, Northern District of Texas SD - 8
1100 Commerce Room 1452
Dallas TX 75242-1495

24-092

DENVER CO 802
12 DEC 2024 PM 3 L

X-RAY

DEC 17 2024

MAILROOM

75242-131052